# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DEANDRE YOUNG<br>a.k.a. "Dre"<br>and<br>DARIA MELVIN<br><br>*Defendant(s)* | Case No. 1:21-MJ-314 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2019 to the present__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Rachael Tucker
*Printed name and title*

*Shane Dana*
*Complainant's signature*

Shane D. Dana, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 9/16/2021

Digitally signed by Ivan Davis
Date: 2021.09.16 13:49:09 -04'00'
*Judge's signature*

City and state: Alexandria, VA

The Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*